x:/ATS5397/adoption

ROGER P. McTIERNAN, JR (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
LUIS SIMANCAS and FLORENCE SIMANCAS,

                      Plaintiffs,

          -against-

ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, ET AL.,

                      Defendants.
-------------------------------------------------------------------X

**NOTICE OF ADOPTION**

**08 CV 2717**

       PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
April 30, 2008

                                            ROGER P. McTIERNAN, JR. (RPM 1680)
                                            BARRY, McTIERNAN & MOORE
                                            Attorneys for Defendant
                                            ANN TAYLOR STORES CORPORATION
                                            2 Rector Street – 14th Floor
                                            New York, New York 10006
                                            (212) 313-3600

To:

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiff(s)
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700