UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
-----------------------------------------------------------------X
LUIS SIMANCAS (AND WIFE, FLORENCE : 08-CV-02717-AKH
SIMANCAS), :
                                Plaintiffs, : **APPEARANCE**

   - against - : **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*, :

                               Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       June 30, 2008

                                        By:    /s/ Judith R. Cohen
                                                               _____
                                                            Judith R. Cohen (JC-8614)
                                                            1177 Avenue of the Americas
                                                            New York, New York 10036
                                                            Phone: (212) 277-6500
                                                            Fax: (212) 277-6501

                                                           *Attorney for Defendant*
                                                           MERRILL LYNCH & CO., INC.