Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER     : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
:
-------------------------------------------------------------X
LUIS SIMANCAS (AND WIFE, FLORENCE   : 08-CV-02717-AKH
SIMANCAS),                          :
                                    : **NOTICE OF ADOPTION**
                       Plaintiffs,  : **OF ANSWER**
                                    : **TO MASTER COMPLAINT**
       - against -                  : **BY MERRILL LYNCH**
                                    :
ALAN KASMAN DBA KASCO, *et al.*,    : **ELECTRONICALLY FILED**
                                    :
                       Defendants.  :
-------------------------------------------------------------X

       PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 30, 2008

DICKSTEIN SHAPIRO LLP

By:   /s/ Judith R. Cohen
      _____
      Robert J. Higgins (RH-6477)
      Judith R. Cohen (JC-8614)
      1177 Avenue of the Americas
      New York, New York 10036
      Phone: (212) 277-6500
      Fax: (212) 277-6501

      *Attorneys for Defendant*
      MERRILL LYNCH & CO., INC.